DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RAMON FILIPE MALDONADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RAMON FILIPE MALDONADO, JOHNNY ) <br> E. "JAY" GRIVETTE, JR., and ) <br> DAMON TODD RYDELL, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No. 2:10-cr-220 GEB <br><br> **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** <br><br> Date:  August 13, 2010 <br> Time:  9:00 a.m. <br> Judge: Hon. Garland E. Burrell |

　　　IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants, Ramon Filipe Maldonado, Johnny E. "Jay" Grivette, Jr., and Damon Todd Rydell, through their respective attorneys, that the status conference scheduled for August 13, 2010, may be continued to October 8, 2010, at 9:00 a.m.

　　　Counsel for defendants require further time to review discovery, to complete investigation and to confer with the government in an effort to resolve this matter.  To afford additional time to complete these tasks and to further prepare, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order through the

status conference on October 8, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)(Local Code T4).

                                      Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

Dated: August 12, 2010        /s/ T. Zindel
                                      TIMOTHY ZINDEL
                                      Assistant Federal Defender
                                      Attorney for RAMON FILIPE MALDONADO

                                      /s/ T. Zindel for
Dated: August 12, 2010        MARK REICHEL
                                      Attorney for JOHNNY GRIVETTE, JR.

                                      /s/ T. Zindel for
Dated: August 12, 2010        J. TONY SERRA
                                      Attorney for DAMON TODD RYDELL


                                      BENJAMIN B. WAGNER
                                      United States Attorney

Dated: August 12, 2010        /s/ T. Zindel for
                                      RUSSELL CARLBERG
                                      Assistant U.S. Attorney


**O R D E R**

The status conference is continued to October 8, 2010, at 9:00 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated: August 12, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip. & Order                              2