DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RAMON FILIPE MALDONADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:10-cr-220 GEB |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| JOHNNY E. "JAY" GRIVETTE, JR., et al., ) | |
| Defendants. ) | Date: October 8, 2010<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants, Johnny E. Grivette, Jr., Damon Rydell, and Ramon Maldonado, through their respective attorneys, that the status conference scheduled for October 8, 2010, may be continued to November 19, 2010, at 9:00 a.m.

Counsel for defendants need further time to review discovery, to complete investigation, to consider the filing of pretrial motions, and to confer with the government regarding potential resolutions. To afford time to complete these tasks, the parties agree that time under the

Speedy Trial Act should be excluded from the date of this order through the status conference on November 19, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)(Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: October 6, 2010          /s/ T. Zindel
                                TIMOTHY ZINDEL
                                Assistant Federal Defender
                                Attorney for RAMON MALDONADO

Dated: October 6, 2010          /s/ T. Zindel for
                                MARK J. REICHEL
                                Attorney for JOHNNY GRIVETTE, JR.

Dated: October 6, 2010          /s/ T. Zindel for
                                J. TONY SERRA
                                Attorney for DAMON TODD RYDELL

                                BENJAMIN B. WAGNER
                                United States Attorney

Dated: October 6, 2010          /s/ T. Zindel for
                                RUSSELL CARLBERG
                                Assistant U.S. Attorney

## O R D E R

The status conference is continued to November 19, 2010, at 9:00 a.m.  Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated: October 7, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge