
J. TONY SERRA #32639
EAN VIZZI #209444
506 Broadway
San Francisco CA 94133
Telephone: 415/986-5591

Attorneys for Defendant
DAMON RYDELL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br> v.<br><br>DAMON RYDELL,<br><br>       Defendant.<br>_____/ | CR S 10-220 GEB<br><br>DECLARATION OF DEFENDANT DAMON RYDELL IN SUPPORT OF MOTION TO SUPPRESS EVIDENCE (CAR STOP) AND MOTION FOR REVELATION OF <u>PROSECUTION INFORMANT</u><br><br>Date: 03/4/11<br>Time: 9:00 a.m.<br>Dept: Judge Garland Burrell, Jr. |

I, DAMON TODD RYDELL, HEREBY DECLARE AS FOLLOWS:

    1.  I am one of the defendants in the above-referenced matter;

    2. On April 20, 2010, at approximately 1357 hours, I was the driver of my black Dodge Charger and was subjected to a traffic stop at the East Ave off ramp to Hwy 99.  At that time, I did not commit a traffic violation.  The officer who stopped me claimed that I was stopped for "following to closely to another vehicle", however there was no vehicle ahead of me at the time prior to the stop.

    3.  During that pretextual traffic stop, there was no marijuana in the vehicle, nobody had smoked any marijuana in the vehicle and there was no odor of marijuana in the vehicle.

1       4.  As to the contentions of the search warrant for the
2  warehouse located at 4331 Hedstrom Way:
3           (A) I neither grew marijuana or aided and abetted in
4  the growing at the marijuana garden located at that address;
5           (B) I am a close friend and working associate of co-
6  defendant Jay Grivette and frequently visited with him at both
7  his residence and the warehouse located at 4331 Hedstrom Way;
8           (C) If the confidential informant had any detailed
9  information of the activities surrounding 4331 Hedstrom Way, he
10 or she would have given evidence exonerating me from criminal
11 culpability in this matter;
12
13     I hereby declare under penalty of perjury that the
14 foregoing is true and correct.
15 Executed on this 12th day of January, 2011 at Redding, California
16
17                              /s/ DAMON RYDELL
                                DAMON TODD RYDELL
18
19
20
21
22
23
24
25
26
27
28

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

2