MARK J. REICHEL, Bar #155034
REICHEL & PLESSER L.L.P.
Attorneys At Law
455 Capitol Mall, 3rd Floor, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
Fax:       (916) 441-6553
mark@reichellaw.com
www.reichelplesser.com

Attorney for Defendant
JOHNNY E. GRIVETTE, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>) <br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>JOHNNY E. GRIVETTE JR. ET AL )<br>)<br>Defendants. )<br>_____ | NO. CR.S-10-0220 GEB<br><br>STIPULATION TO AMEND BRIEFING SCHEDULE AND HEARING DATE ON MOTIONS; VACATE AND RE SET TRIAL CONFIRMATION HEARING; ORDER THEREON<br><br>Date:  MARCH 18, 2011<br>Time:  9:00 a.m.<br>Judge: Hon. Garland E. Burrell Jr. |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, RUSSELL CARLBERG, Assistant United States Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney for defendant Grivette, TIMOTHY ZINDEL, Esq., Attorney for defendant Maldonado, EAN VIZZI, Esq., attorney for defendant Rydell, that the breifing schedule is amended as follows:

Stipulation and Order

```
Filing of defense motions    January 25, 2011
Government opposition        March 4, 2011
Defense Reply                March 11, 2011
Hearing on motions           March 18, 2011
```

The Trial Confirmation Hearing shall be held March 18, 2011.

This amendment is requested as defense counsel needed adequate time to prepare for the motions.

Accordingly, all counsel and defendants agree that time under the Speedy Trial Act from the date this stipulation is lodged, through March 18, 2011 should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(7)(B)(iv) and Local Code T4, as well as Local Code e as motions are on file.

DATED: February 8, 2011.      Respectfully submitted,

                               MARK J. REICHEL, ESQ.

                               *Mark J. Reichel*
                               MARK J. REICHEL
                               Attorney for defendant Grivette


                               *Mark J. Reichel* for
                               TIMOTHY ZINDEL, ESQ.
                               Attorney for defendant Maldonado


                               *Mark . Reichel* for
                               EAN VIZZI, ESQ.
                               Attorney for defendant Rydell


                               BENJAMIN WAGNER
                               United States Attorney

DATED: February 8, 2011.       */s/MARK J. REICHEL* for:
                               RUSSELL CARLBERG
                               Assistant U.S. Attorney
                               Attorney for Plaintiff

Stip and Order                           2

**O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4 and Local Code e.

Dated: February 8, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip and Order                                3