IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,        )
                                 )   2:10-cr-220-GEB
          Plaintiff,             )
                                 )
     v.                          )   TRIAL CONFIRMATION ORDER
                                 )
JOHNNY E. "JAY" GRIVETTE, JR.,   )
et al.,                          )
                                 )
          Defendants.            )
_____
```

The trial in the above-captioned case, scheduled to commence on May 17, 2011, at 9:00 a.m., was confirmed at the hearing held on March 18, 2011.

### I. EVIDENTIARY DISPUTES

The parties shall communicate about evidentiary disputes for the purpose of seeking to resolve such disputes before filing a motion. Any unresolved evidentiary dispute capable of being resolved by an in limine motion, shall be set forth in such a motion no later than April 8, 2011. Any opposition shall be filed no later than April 22, 2011. Hearing on the motions will commence at 10:00 a.m. on May 6, 2011. Other reasonably anticipated disputes concerning the admissibility of evidence shall be included in trial briefs. L.R. 285(a)(3).

## II. TRIAL PREPARATION

A. No later than five court days before trial, the following documents should be filed:

    (1) proposed jury instructions and a proposed verdict form;

    (2) proposed voir dire questions to be asked by the Court;

    (3) trial briefs; and

    (4) a joint statement or joint proposed jury instruction that can be read to the jury in advance of voir dire that explains the nature of the case.

At the time of electronic filing of the proposed jury instructions, proposed voir dire questions, and joint statements, the parties shall also submit a copy of the sanitized jury instructions, the proposed voir dire questions, and the joint statement to the Court by email to geborders@caed.uscourts.gov in Word or Word Perfect format in accordance with L.R. 163(b)(1).

B. The government's exhibits shall be numbered and eventually marked with stickers provided by the Court. Should a defendant elect to introduce exhibits at trial, such exhibits shall be designated by alphabetical letter with stickers provided by the Court. The parties may obtain exhibit stickers by contacting the Clerk's Office at (916) 930-4000.

C. The parties estimate the trial will take ten (10) court days to try the case, after which each party will give a closing argument, and the Court will give closing jury instructions. Each side shall have thirty (30) minutes for voir dire (i.e. thirty minutes for all defendants and thirty minutes for the government), which may be used

after the judge completes judicial voir dire. The "struck jury" system will be used to select the jury.[1] Two (2) alternate jurors will be empaneled. The Jury Administrator randomly selects potential jurors and places their names on a list that will be provided to each party in the numerical sequence in which each potential juror was randomly selected. Each juror will be placed in his or her randomly-selected seat. The first 12 jurors on the list will constitute the petit jury unless one or more of those 12 is excused for some reason. Assuming that the first listed juror is excused, the thirteenth listed juror becomes the twelfth juror, but remains in her or his seat in the jury box as explained at the trial confirmation hearing.

IT IS SO ORDERED.

Dated: March 21, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] As explained in United States v. Blouin, 666 F.2d 796, 798 (2d Cir. 1981), "the goal of the 'struck jury' system is to whittle down an initially selected group . . . [to the amount of jurors] who will serve as the petit jury." The selected group consists of the 12 required to hear the case, the number of alternate jurors, plus the number of jurors required to enable the parties to use the combined number of peremptory challenges allotted to both sides for striking jurors from the group. Typically extra jurors are included in the select group in the event the minimum amount of jurors required for the "struck system" is reduced "for cause" or some other reason.

3