```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  RUSSELL L. CARLBERG
    MICHAEL M. BECKWITH
 3  Assistant U.S. Attorneys
    501 I Street, Suite 10-100
 4  Sacramento, California 95814
    Telephone: (916) 554-2797
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8            FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,    )  Case No.  2:10-CR-220 GEB
                                 )
11            Plaintiff,         )  VIOLATIONS: 21 U.S.C. § 856 -
                                 )  Maintaining a Drug-Involved
12       v.                      )  Premises
                                 )
13  DAMON TODD RYDELL,           )
                                 )
14            Defendant.         )
                                 )
15  _____
16              S U P E R S E D I N G   I N F O R M A T I O N
17  COUNT ONE: [21 U.S.C. § 856 - Maintaining a Drug Involved Premises]
18       The United States Attorney charges:  T H A T
19                    DAMON TODD RYDELL,
20  defendant herein, on or about April 27, 2010, in the State and
21  Eastern District of California, did knowingly maintain a place for
22  the purpose of manufacturing a controlled substance, specifically,
23  marijuana, a Schedule I controlled substance, in violation of Title
24  21, United States Code, Section 856.
25  FORFEITURE ALLEGATION:  [21 U.S.C. § 853(a) - Criminal Forfeiture]
26       The United States Attorney further charges:
27                    DAMON TODD RYDELL,
28  defendant herein, as follows:
```

FILED
MAY - 9 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

1

1     Upon conviction of the controlled substance offense alleged in
2 count one of this information, defendant DAMON TODD RYDELL shall
3 forfeit to the United States, pursuant to 21 U.S.C. § 853(a), any
4 property constituting or derived from proceeds obtained, either
5 directly or indirectly, as a result of the said violations and any
6 property used, or intended to be used, in any manner or part, to
7 commit, or to facilitate the commission of said violations,
8 including but not limited to the following:

        One 1993 blue Ford pickup, VIN# 1FTEX15H8PKA12935,
        California license plate #4S01693, licensed to Damon
        Todd Rydell.

12     If any property subject to forfeiture as a result of the
13 offenses alleged in counts one and two of this indictment:
14    (1)   cannot be located upon the exercise of due diligence;
15    (2)   has been transferred or sold to, or deposited with, a
16        third person;
17    (3)   has been placed beyond the jurisdiction of the Court;
18    (4)   has been substantially diminished in value; or
19    (5)   has been commingled with other property which cannot be
20        subdivided without difficulty;
21 it is the intent of the United States, pursuant to 21 U.S.C. §
22 853(p), to seek forfeiture of any other property of said defendant
23 up to the value of the property subject to forfeiture.

24 Dated: May 6, 2011         BENJAMIN B. WAGNER
                                   United States Attorney

                            By: _____
                                 RUSSELL L. CARLBERG
                                 MICHAEL M. BECKWITH
                                 Assistant U.S. Attorney