J. TONY SERRA #32639
EAN VIZZI #209444
506 Broadway
San Francisco CA 94133
Telephone: 415/986-5591

Attorneys for Defendant
DAMON RYDELL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DAMON TODD RYDELL,<br><br>    Defendant.<br>_____/ | CR S 10-220-02 GEB<br><br>STIPULATION AND ORDER<br><u>TO CONTINUE SENTENCING</u><br><br>Date: July 29, 2011<br>Time: 9:00 a.m.<br>Judge Burrell |

    THE PARTIES HEREBY STIPULATE that the sentencing hearing now scheduled for July 29, 2011, shall be continued to September 30, 2011, at 9:00 a.m. The continuance is requested to accommodate counsel's schedule.

    United States Probation Officer Linda Dillon has been advised of the requested continuance.

    Dated:  July 15, 2011

/s/ RUSSELL CARLBERG                /s/ EAN VIZZI
RUSSELL CARLBERG                       EAN VIZZI
Assistant U.S. Attorney            Attorney for Defendant RYDELL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR S 10-220-02 GEB |
| v. | <u>ORDER CONTINUING SENTENCING</u> |
| DAMON TODD RYDELL, | |
| Defendant. | |

Upon the stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED that the sentencing hearing in this matter shall be moved to September 30, 2011, at 9:00 a.m.

Dated: July 20, 2011

GARLAND E. BURRELL, JR.
United States District Judge